Frank Slowik, Appellee, v. Edwin A. Larson and Frances Larson, Appellants.

Gen. No. 44,073.

opinion filed December 30, 1947; rehearing denied January 21, 1948; released for publication January 28, 1948. Ernest C. Reniff, for appellants; Gustave E. Riedl, for appellee. Opinion by Justice Scanlan. Not to be published in full.

James S. Bradley, Appellee, v. Thomas M. Madden Company, Appellant.

Gen. No. 43,903.

opinion filed December 30, 1947; rehearing denied January 21, 1948; released for publication January 28, 1948. Yates, Roche & Grotefeld, for appellant; Tom L. Yates, Donald M. Roche and William S. Dunning, of counsel; Martin J. Kennelly, for appellee. Opinion by Justice Sullivan. Not to be published in full.